```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 07753
   CHRISTA L MITCHELL
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-0451


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/29/2007 and was confirmed 07/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  47.00%.

     The case was dismissed after confirmation 08/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS I  CURRENT MORTG        .00             .00             .00
FORD MOTOR CREDIT         SECURED VEHIC    7999.00          557.27         3110.73
FORD MOTOR CREDIT         UNSECURED         504.93             .00             .00
PORTFOLIO RECOVERY ASSOC  SECURED           100.92             .00          100.92
ARGENT II                 UNSECURED       NOT FILED            .00             .00
ASSOCIATED LABORATORY PH  UNSECURED       NOT FILED            .00             .00
ASSOCIATED LABORATORY PH  UNSECURED       NOT FILED            .00             .00
BLATT HASENMILLER LEIBSK  NOTICE ONLY     NOT FILED            .00             .00
ROUNDUP FUNDING LLC       UNSECURED         787.23             .00             .00
CAPITAL ONE               UNSECURED        4427.12             .00             .00
B-REAL LLC                UNSECURED        2725.86             .00             .00
CAPITAL ONE               UNSECURED        1908.96             .00             .00
CAPITAL ONE               UNSECURED         954.42             .00             .00
COLLECTION COMPANY OF AM  UNSECURED       NOT FILED            .00             .00
SULLIVAN URGENT AID CENT  UNSECURED       NOT FILED            .00             .00
DIVERSIFIED COLLECTION S  UNSECURED       NOT FILED            .00             .00
FIRST PREMIER BANK        UNSECURED       NOT FILED            .00             .00
HARRIS                    UNSECURED       NOT FILED            .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         857.39             .00             .00
ILLINOIS COLLECTION SERV  UNSECURED       NOT FILED            .00             .00
ILLINOIS COLLECTION SERV  UNSECURED       NOT FILED            .00             .00
ILLINOIS COLLECTION SERV  UNSECURED       NOT FILED            .00             .00
ILLINOIS COLLECTION SERV  UNSECURED       NOT FILED            .00             .00
KEITH S SHINDLER          NOTICE ONLY     NOT FILED            .00             .00
KEITH S SHINDLER          NOTICE ONLY     NOT FILED            .00             .00
MEDICAL COLLECTIONS SYST  UNSECURED       NOT FILED            .00             .00
MUTL H CLCTN              UNSECURED       NOT FILED            .00             .00
MUTL H CLCTN              UNSECURED       NOT FILED            .00             .00
ST JAMES PROF SERVICES D  UNSECURED       NOT FILED            .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        4139.95             .00             .00
SPIEGEL                   UNSECURED       NOT FILED            .00             .00
US DEPT OF EDUCATION      UNSECURED       24012.51             .00           50.45

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 07753 CHRISTA L MITCHELL
```

```
INGALLS MEMORIAL HOSPITA  UNSECURED      NOT FILED            .00               .00
INGALLS MEMORIAL HOSPITA  UNSECURED      NOT FILED            .00               .00
INGALLS MEMORIAL HOSPITA  UNSECURED      NOT FILED            .00               .00
INGALLS MEMORIAL HOSPITA  UNSECURED      NOT FILED            .00               .00
INGALLS MEMORIAL HOSPITA  UNSECURED      NOT FILED            .00               .00
ECAST SETTLEMENT CORP     UNSECURED          33.70            .00               .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        3540.71            .00               .00
JOSEPH P DOYLE            DEBTOR ATTY     2,314.00                         2,314.00
TOM VAUGHN                TRUSTEE                                            466.63
DEBTOR REFUND             REFUND                                                .00
```

Summary of Receipts and Disbursements:

```
-----------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              6,600.00

PRIORITY                                           .00
SECURED                                       3,211.65
   INTEREST                                     557.27
UNSECURED                                        50.45
ADMINISTRATIVE                                2,314.00
TRUSTEE COMPENSATION                            466.63
DEBTOR REFUND                                      .00
                    ---------------        ---------------
TOTALS               6,600.00                 6,600.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 11/20/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```